IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| EDWARD L. PERDEW, | Case No. 1:21-cv-732 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| THE MASON CITY SCHOOL BOARD, | |
| Defendant. | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 20)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 20), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, Defendant's Motion for Judgment on the Pleadings (Doc. 18) is **GRANTED**, and Plaintiff's Motion for Judgment on the Pleadings is **DENIED**. (Doc. 19). Therefore, this matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND